**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Earl W. Bryant Jr. | Social Security number or ITIN  xxx–xx–2335 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Heather L. Bryant | Social Security number or ITIN  xxx–xx–9745 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:  18–18897–JNP

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Earl W. Bryant Jr.  
aka Wayne Bryant

Heather L. Bryant  
fka Heather Flynn

7/14/21

**By the court:** Jerrold N. Poslusny Jr.  
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-18897-JNP
Earl W. Bryant, Jr.  Chapter 13
Heather L. Bryant
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Jul 14, 2021      Form ID: 3180W      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Earl W. Bryant, Jr., Heather L. Bryant, 11 Braden Dr, Marmora, NJ 08223-1171 |
| 517491533 | | American Express Personal Loans, PO Box 1270, Newark, NJ 07101-1270 |
| 517491539 | + | Cenlar, POB 77404, Ewing, NJ 08628-6404 |
| 517615894 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 517491542 | + | Dell Preferred Account - Webbank, POB 6403, Carol Stream, IL 60197-6403 |
| 517491545 | + | Helzberg Diamonds-Capital One, POB 30253, Salt Lake City, UT 84130-0253 |
| 517494669 | | Joan Flynn, 11 Braden Dr, Marmora, NJ 08223-1171 |
| 517491560 | | TD Bank Visa, PO Box 84037, Columbus, GA 31908-4037 |
| 517628937 | + | Texas Capital Bank, N.A., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517491567 | | Yardville Natl Bank, Walter E. Foran Blvd., Flemington, NJ 08822 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 14 2021 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 14 2021 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517549330 | | EDI: BECKLEE.COM | Jul 15 2021 00:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517491534 | + | EDI: AMEREXPR.COM | Jul 15 2021 00:28:00 | Amex, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 517491535 | | EDI: BANKAMER.COM | Jul 15 2021 00:28:00 | Bank Of Amerca, POB 15019, Wilmington, DE 19886-5019 |
| 517491536 | | EDI: TSYS2.COM | Jul 15 2021 00:28:00 | Barclaycard, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517491538 | + | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517491561 | | EDI: CITICORP.COM | Jul 15 2021 00:28:00 | UNVL/Citi, POB 183113, Columbus, OH 43218 |
| 517491537 | + | EDI: CAPITALONE.COM | Jul 15 2021 00:28:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 517630300 | | EDI: BL-BECKET.COM | Jul 15 2021 00:28:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517491541 | | EDI: WFNNB.COM | Jul 15 2021 00:28:00 | Comenity - Boscovs, PO Box 659622, San Antonio, TX 78265-9622 |
| 517491543 | | EDI: DISCOVER.COM | | |

Case 18-18897-JNP    Doc 41    Filed 07/16/21    Entered 07/17/21 00:12:04    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 3180W | Total Noticed: 46 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517491544 | + | Email/Text: hannlegal@hannfinancial.com | Jul 15 2021 00:28:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850-5316 |
| | | | Jul 14 2021 20:36:00 | Hann Financial Services, 1 Centre Dr., Jamesburg, NJ 08831-1564 |
| 517491540 | | EDI: JPMORGANCHASE | Jul 15 2021 00:28:00 | Chase Card Services, POB 15298, Wilmington, DE 19850-5298 |
| 517491546 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2021 20:36:00 | KOHLS Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517491547 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 14 2021 20:36:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 517633545 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 14 2021 20:38:30 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517491548 | | Email/Text: bk@lendingclub.com | Jul 14 2021 20:36:00 | Lending Club, Dept#34268, PO Box 39000, San Francisco, CA 94139-0001 |
| 517491549 | + | Email/Text: bk@lendingclub.com | Jul 14 2021 20:36:00 | Lending Club Corp, 71 Stevenson St, Ste 300, San Francisco, CA 94105-2985 |
| 517491550 | | EDI: PHINGENESIS | Jul 15 2021 00:28:00 | MABT - Genesis Retail, PO Box 4499, Beaverton, OR 97076-4499 |
| 517625848 | + | EDI: MID8.COM | Jul 15 2021 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517491552 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 14 2021 20:36:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230-3180 |
| 517630156 | | EDI: PRA.COM | Jul 15 2021 00:28:00 | Portfolio Recovery Associates, LLC, c/o HELZBERG DIAMONDS, POB 41067, Norfolk VA 23541 |
| 517491551 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 517491553 | | Email/Text: bankruptcy@prosper.com | Jul 14 2021 20:36:00 | Prosper Marketplace, 221 Main St # 300, San Francisco, CA 94105-1909 |
| 517491554 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 517491555 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 517491556 | + | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/DKS, POB 965005, Orlando, FL 32896-5005 |
| 517491557 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/JC Penney, PO Box 965036, Orlando, FL 32896-5036 |
| 517491558 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 517491559 | | EDI: RMSC.COM | Jul 15 2021 00:28:00 | SYNCB/PAYPAL, PO Box 965005, Orlando, FL 32896-5005 |
| 517491562 | | EDI: WACHOVIA.COM | Jul 15 2021 00:28:00 | WACHRL, Attn Centralized BK MAC R4057-0, PO Box 13765, Roanoke, VA 24037-3765 |
| 517491563 | + | Email/PDF: DellBKNotifications@resurgent.com | Jul 14 2021 20:38:38 | Webbank/DFS, POB 81607, Austin, TX 78708-1607 |
| 517491564 | + | EDI: WFFC.COM | Jul 15 2021 00:28:00 | Wells Fargo, POB 10335, Des Moines, IA 50306-0335 |
| 517491565 | + | EDI: WFFC.COM | Jul 15 2021 00:28:00 | Wells Fargo Bank, POB 14517, Des Moines, IA 50306-3517 |
| 517491566 | + | EDI: WFFC.COM | | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2021 | Form ID: 3180W | Total Noticed: 46 |

|  | Jul 15 2021 00:28:00 | Wells Fargo Bank NA/WB, POB 94435, Albuquerque, NM 87199-4435 |
|---|---|---|

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Texas Capital Bank  N.A dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | on behalf of Debtor Earl W. Bryant  Jr. jeanie@sadeklaw.com |
| Jeanie D. Wiesner | on behalf of Joint Debtor Heather L. Bryant jeanie@sadeklaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation rsolarz@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Texas Capital Bank  N.A rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8