Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18–18897–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Earl W. Bryant Jr. | Heather L. Bryant |
| aka Wayne Bryant | fka Heather Flynn |
| 11 Braden Dr | 11 Braden Dr |
| Marmora, NJ 08223–1171 | Marmora, NJ 08223–1171 |

Social Security No.:
  xxx–xx–2335                             xxx–xx–9745

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>August 13, 2021</u>          <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court